THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EUGENE BROWN (Impleaded), Defendant-Appellant.

(No. 71-181; ▇▇▇▇▇▇▇▇▇▇▇▇▇

Second District—February 8, 1972.

▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Opinion by Mr. PRESIDING JUSTICE SEIDENFELD.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Ralph Ruebner, of Defender Project, of Elgin, and Matthew J. Moran, of Chicago, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan, for the People.